Henry Gabathuler
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BLUE BOX TOYS, INC.<br><br>                *Plaintiff*,<br>    v.<br><br>DAVID JOSEPH CATANZARO,<br><br>                *Defendant*. | Civil Action No.<br><br>**JURY DEMAND**<br><br>*Filed via ECF* |

**RULE 7.1 DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Blue Box Toys, Inc. hereby certifies that no publicly held corporation owns 10% or more of Plaintiff's stock.

Dated: March 16, 2015
       White Plains, New York

Respectfully submitted,

*/s/ Henry Gabathuler/*

Henry Gabathuler (Atty. ID 037802007)

LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022
Facsimile: (914) 288-0023
Email: gabathuler@leasonellis.com

*Attorneys for Plaintiff*