Henry Gabathuler
LEASON ELLIS LLP
One Barker Avenue, Fifth Floor
White Plains, New York 10601
Phone: (914) 288-0022

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BLUE BOX TOYS, INC.<br><br>         *Plaintiff*,<br>     v.<br><br>DAVID JOSEPH CATANZARO,<br><br>         *Defendant*. | Civil Action No. 2:15-cv-01929-MCA-JBC (DJN)<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Blue Box Toys, Inc. ("Plaintiff") respectfully submits this Notice of Voluntary Dismissal of the claims it has asserted in the above-captioned action against Defendant, David Joseph Catanzaro ("Defendant"). Defendant has not filed any answer or other response in this action. Therefore, pursuant to an agreement between Plaintiff and Defendant, Plaintiff hereby gives notice that all claims asserted against Defendant are voluntarily dismissed without prejudice.

Dated: May 11, 2015            By: _____
       White Plains, New York
                               Henry Gabathuler (HG 6543)
                               LEASON ELLIS LLP
                               One Barker Avenue, Fifth Floor
                               White Plains, New York 10601
                               Phone: (914) 288-0022
                               Email: gabathuler@leasonellis.com
                               *Counsel for Plaintiff, Blue Box Toys, Inc.*

{10304/609157-000/01305353.1}